DANIEL A. REIDY, ESQ. (SBN 139321)
REIDY LAW GROUP
1230 Spring Street
St. Helena, CA 94574
Telephone: (707) 963-3030
Facsimile: (707) 963-3130
Email: dan@reidylawgroup.com

RICHARD J. IDELL, ESQ. (SBN 069033)
ORY SANDEL, ESQ. (SBN 233204)
THE IDELL FIRM
465 California Street, Suite 500
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259
Email: richard.idell@idellfirm.com
ory.sandel@idellfirm.com

*Attorneys for Plaintiffs Rombauer Family Partnership II, L.P., a California limited partnership, and Rombauer Vineyards, Inc., a California corporation*

ANDREW P. HOLLAND, ESQ. (SBN 224737)
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
Telephone: (650) 327-4200
Facsimile: (650) 325-5572
Email: aholland@thoits.com

*Attorneys for Defendant Lloyd Cellars, Inc., a California corporation*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROMBAUER FAMILY PARTNERSHIP II, L.P., a California limited partnership; ROMBAUER VINEYARDS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JAM CELLARS, Inc., a California corporation; LLOYD CELLARS, INC., a California corporation; and DOES 1 through 100.<br><br>Defendants. | CASE NO. 3:15-cv-02182-RS<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE

1

IT IS HEREBY STIPULATED by and between Plaintiffs Rombauer Family Partnership II, L.P. and Rombauer Vineyards, Inc. ("Plaintiffs") and Defendant Lloyd Cellars, Inc., ("Defendant Lloyd Cellars"), through their designated counsel that:

1. Plaintiffs and Defendant Lloyd Cellars have entered into a Settlement Agreement that resolves the disputes between the parties and provides that this court will retain jurisdiction over the parties to this stipulation in the event of a dispute arising out of or relating to Section 2.0 or 5.0 of the Settlement Agreement.

2. The Honorable Richard Seeborg of this Court, and in the event of his unavailability, a judge appointed by the Chief Judge, retains continuing jurisdiction over the parties for the sole purpose of resolving and adjudicating all disputes arising out of or relating to any provision of Section 2.0 and 5.0 in the Settlement Agreement.

3. The above referenced terms and provisions of the Settlement Agreement may be enforced in the future through proceedings filed directly with this Court before Judge Seeborg, or in the event of his unavailability, a judge appointed pursuant to paragraph 2 above.

4. Subject to the above provisions, and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the present action is dismissed without prejudice.

|  |  |
|---|---|
| | REIDY LAW GROUP |
| | THE IDELL FIRM |
| Dated: February 25, 2016 | By: /s/ |
| | Daniel A. Reidy |
| | Richard J. Idell |
| | Ory Sandel |
| | *Attorneys for Plaintiffs Rombauer Family Partnership II, L.P. and Rombauer Vineyards, Inc.* |

THOITS LAW

Dated: February 24, 2016       By:   /s/Andrew P. Holland
                                     Andrew P. Holland
                                     *Attorneys for Defendant Lloyd Cellars, Inc.*

**IT IS SO ORDERED:**

Dated: ~~February~~ March 18, 2016   By:   /s/ Richard Seeborg
                                           Hon. Richard Seeborg
                                           United States District Judge